EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Reglamento del Tribunal<br>    de Apelaciones | 2004 TSPR 121<br><br>162 DPR _____ |

Número del Caso: ER-2004-10

Fecha: 20 de julio de 2004

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Reglamento del Tribunal
de Apelaciones

ER-2004-10

RESOLUCIÓN

San Juan, Puerto Rico a 21 de julio de 2004

De conformidad con el Art. 4.004 de la Ley Núm. 201 de 22 de agosto de 2003, conocida como la Ley de la Judicatura del Estado Libre Asociado de Puerto Rico de 2003, se aprueba el Reglamento del Tribunal de Apelaciones que acompaña esta Resolución. Este Reglamento tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo